IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Jefferson, Phyllis | Case Number: 05 B 63677 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 4/29/08 | Filed: 11/30/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: March 18, 2008
Confirmed: February 7, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 4,820.68 | |
| Secured: | | 2,535.64 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,034.05 |
| Trustee Fee: | | 250.99 |
| Other Funds: | | 0.00 |
| Totals: | 4,820.68 | 4,820.68 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | David M Siegel | Administrative | 3,000.00 | 2,034.05 |
| 2. | Heights Finance Corp | Secured | 0.00 | 0.00 |
| 3. | Fairlane Credit L.L.C. | Secured | 7,075.32 | 2,535.64 |
| 4. | Fairlane Credit L.L.C. | Unsecured | 677.98 | 0.00 |
| 5. | Illinois Dept Of Employment Sec | Unsecured | 784.30 | 0.00 |
| 6. | Capital One | Unsecured | 29.69 | 0.00 |
| 7. | Future Finance | Unsecured | 150.49 | 0.00 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 141.00 | 0.00 |
| 9. | Consumer Portfolio Services | Unsecured | 70.58 | 0.00 |
| 10. | Portfolio Recovery Associates | Unsecured | 87.66 | 0.00 |
| 11. | Illinois Dept Of Human Service | Unsecured | 200.60 | 0.00 |
| 12. | Portfolio Recovery Associates | Unsecured | 137.42 | 0.00 |
| 13. | TCF Bank | Unsecured | | No Claim Filed |
| 14. | Cottonwood Financial Ltd | Unsecured | | No Claim Filed |
| 15. | Height Financial | Unsecured | | No Claim Filed |
| 16. | Midland Finance Company/CPS | Unsecured | | No Claim Filed |
| 17. | Peter Vucha | Unsecured | | No Claim Filed |
| 18. | State of Illinois | Unsecured | | No Claim Filed |
| 19. | Midwest Finance | Unsecured | | No Claim Filed |
| 20. | Van Ru Collection Agency | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 12,355.04 | $ 4,569.69 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 61.77 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Jefferson, Phyllis | Case Number:  05 B 63677 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  4/29/08 | Filed:  11/30/05 |

```
              5%                 23.38
              4.8%               68.64
              5.4%               97.20
                              _____
                              $ 250.99
```

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                          Marilyn O. Marshall, Trustee, by:

                          _____